IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PATRICK BROWN                                                                                                PLAINTIFF

v.                                          5:12-cv-00374-KGB-JJV

COSEN, Officer, W.C. Dub Brassell
Correctional Facility; *et al.*                                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Jefferson County and the Jefferson County Jail are DISMISSED as defendants from this cause of action, pursuant to 28 U.S.C. § 1915(e)(2), for plaintiff's failure to state a claim upon which relief may be granted

DATED this 13 day of December, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE