# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

PATRICK BROWN                                                        PLAINTIFF

v.                            Case No. 5:12-cv-00374-KGB-JJV

COSEN, Officer; et al.                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 26). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is, therefore, ordered that:

1. Defendants' motion for summary judgment is granted (Doc. No. 18);

2. Plaintiff Patrick Brown's claims are dismissed with prejudice; and

3. The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

SO ORDERED this 25th day of July, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE